**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6848**

———————

SHATEEK AMIN BILAL,

Plaintiff - Appellant,

versus

GEORGE CURRIE, Superintendent; LAWRENCE
SOLOMON, Assistant Superintendent; RICKY DUKE,
Assistant Superintendent; JEANNIE LANCASTER;
HAROLD PERSON; MICHAEL MUNNS; LIEUTENANT RYAN;
SERGEANT SMITH; LIEUTENANT VANBUREN; SERGEANT
OAKES; GUARD NORWOOD; GUARD IRBY; GUARD
WILLIAMS; GUARD MAGNUM; GUARD JONES; GUARD
MCMILLION; GUARD CORDELL; DAVID CARROLL,
Sergeant; SERGEANT WESLEY; SERGEANT SMITH,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-02-9-5-H)

———————

Submitted: September 5, 2002     Decided: September 10, 2002

———————

Before MOTZ, KING, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Shateek Amin Bilal, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Shateek Amin Bilal appeals the district court's order denying his motion for reconsideration of a previous order that dismissed some, but not all, of his 42 U.S.C. § 1983 (2000) claims as frivolous. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2